UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| RENIKE SPEED, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:19-cv-00233-DCLC-CHS |
| RED BANK OPERATIONS, LLC, | ) |
| Defendant. | ) |

## ORDER

This is a Fair Labor Standards Act ("FLSA") case, in which Plaintiff contends that Defendant failed to pay her overtime wages as required by the FLSA. The case is before the Court on the parties' Joint Motion for Approval of FLSA Settlement.

The Court has reviewed the proposed settlement, which provides for full payment of Plaintiff's alleged overtime back pay; liquidated damages amounting to 50% of Plaintiff's alleged overtime back; and attorneys' fees and costs. *See*, 29 U.S.C. § 216(b). The Court finds that the terms of the settlement are fair and reasonable. *See*, *Lynn's Food Stores, Inc., v. United States*, 679 F.2d 1350, 1353-54 (11th Cir. 1982) (district court may approve an FLSA settlement after determining that it is fair and reasonable); *Int'l Union, United Auto, Aerospace, and Agr. Implement Workers of Am. v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007).

ACCORDINGLY, the Court GRANTS the parties' Joint Motion for Approval of FLSA Settlement, and DIRECTS Defendant to pay Plaintiff and her counsel the amounts set forth in the Joint Motion. The Court further ORDERS the parties to file a stipulation of dismissal with prejudice after payment of the settlement funds to Plaintiff and her counsel and within thirty 30

days of entry of this order.

    IT IS SO ORDERED.

_____
CLIFTON L. CORKER
UNITED STATES DISTRICT JUDGE